# UNITED STATES PROBATION OFFICE
## Southern District Of Indiana

### MEMORANDUM

| | |
|---|---|
| **DATE:** | July 11, 2025 |
| **REPLY TO ATTN OF:** | Kristine M. Talley<br>U.S. Probation Officer |
| **SUBJECT:** | Lacey Guzman<br>Docket No: 1:20CR00096-005<br><u>Response to Request for Early Termination of Supervised Release</u> |
| **TO:** | The Honorable Tanya Walton Pratt<br>U.S. District Court Chief Judge |

On April 28, 2021, Ms. Guzman was sentenced to 70 months of imprisonment, followed by 3 years of supervised release and a $1,000 fine, after being convicted of Conspiracy to Distribute 500 Grams or More of Methamphetamine (Mixture).

Ms. Guzman's supervision began on March 13, 2024. She tentatively has a scheduled expiration date of March 12, 2027. To date, Ms. Guzman has completed 1 year, 3 months, and 29 days of her supervision.

Currently, Ms. Guzman is employed full time at both Choices Coordinated Care Solutions and GenCon Gaming Commission through BC Forward Staffing. She has been employed as a Peer Support Specialist at Choices Coordinated Care Solutions since August 2024. GenCon Gaming Commission is a seasonal position that ends in August 2025.

Ms. Guzman has submitted negative drug screens throughout her term of supervision, the last one being on June 23, 2025. She also recently obtained permanent guardianship of her two sons (ages 10 and 14), which was a long journey for her and them. Furthermore, Ms. Guzman has paid her financial obligation in full.

On June 23, 2025, Ms. Guzman filed a motion for early termination of supervised release. On June 26, 2025, the Court ordered the probation office to file a response to the motion.

Pursuant to 18 U.S.C. 3583(e), the Court may terminate a term of supervised release at any time after the expiration of one year, if warranted by the conduct of the defendant and in interest of justice. Considering Ms. Guzman's compliance while under supervision, this officer recommends her term of supervision be terminated effective immediately, rather than the scheduled expiration date of March 12, 2027.

The U.S. Attorney's Office was consulted regarding this request, and opposed early termination of the offender's supervised release.

**CONFIDENTIAL – COURT ONLY**

Re: Lacey Guzman

MEMORANDUM

                                    Respectfully submitted,

                            By:   Kristine M. Talley
                                   U.S. Probation Officer

Approved by:

Tasha L. Taylor
Supervisory U.S. Probation Officer

---

☑ Approved      ☐ Disapproved

The Court instructs the probation officer as follows:

Date: 7/24/2025

                                    Hon. Tanya Walton Pratt, Judge
                                    United States District Court
                                    Southern District of Indiana

**CONFIDENTIAL – COURT ONLY**